IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GEORGE WILLIAMS, IV,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3073

Opinion filed August 5, 2014.

Petition Seeking Belated Appeal -- Original Jurisdiction.

Richard A. Selinger, Jacksonville, for Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.


PER CURIAM.

      The petition seeking a belated appeal of the judgment and sentence rendered on May 7, 2014, in Duval County Circuit Court case number 2013-CF-001151, is granted. Upon issuance of mandate, a copy of this opinion shall be furnished to the clerk of the lower tribunal for treatment as a notice of appeal. The court notes that the lower tribunal has appointed the Office of the Public Defender to represent petitioner in the appeal authorized by this opinion.

VAN NORTWICK, CLARK, and SWANSON, JJ., CONCUR.